# SUMMONS - CIVIL

(Except Family Actions)
JD-CV-1 Rev. 1-2000
C.G.S. § 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs 3-1 thru 3-21, 8-1

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.state.ct.us

"X" ONE OF THE FOLLOWING:
Amount, legal interest or property in demand, exclusive of interest and costs is:
- [ ] less than $2,500
- [ ] $2,500 through $14,999.99
- [X] $15,000 or more

("X" if applicable)
- [ ] Claiming other relief in addition to or in lieu of money or damages.

## INSTRUCTIONS
1. Type or print legibly; sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 8-1 for other exceptions.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

RETURN DATE (Mo., day, yr.) (Must be a Tuesday): 12/21/04

| | | |
|---|---|---|
| [X] JUDICIAL DISTRICT [ ] HOUSING SESSION [ ] G.A. NO. | AT (Town in which writ is returnable) (C.G.S. 51-346, 51-349): Stamford | CASE TYPE (See JD-CV-1c) Major: M  Minor: 90 |

ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code) (C.G.S. 51-346, 51-350): 123 Hoyt Street, Stamford, Connecticut 06905
TELEPHONE NO. (w/area code): 203-965-5307

| PARTIES | NAME AND ADDRESS OF EACH PARTY (No., street, town and zip code) NOTE: Individuals' Names: Last, First, Middle Initial | Form JD-CV-2 attached | PTY NO. |
|---|---|---|---|
| FIRST NAMED PLAINTIFF | Jack H. Jacobs, 101 Oaks Road, Millington, New Jersey | | 01 |
| Additional Plaintiff | | | 02 |
| FIRST NAMED DEFENDANT | Andrew T. Osinski, 17 Tokeneke Trail, Darien, Connecticut 06820 | | 50 |
| Additional Defendant | O&J Investment, LLC, 17 Tokeneke Trail, Darien, Connecticut 06820 | | 51 |
| Additional Defendant | | | 52 |
| Additional Defendant | | | 53 |

## NOTICE TO EACH DEFENDANT

1. YOU ARE BEING SUED.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.
6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. The Clerk of Court is not permitted to give advice on legal questions.

| DATE | SIGNED | | TYPE IN NAME OF PERSON SIGNING AT LEFT |
|---|---|---|---|
| 11/19/04 | Marc Zaken | [X] Comm. of Superior Court [ ] Assistant Clerk | Marc L. Zaken |

FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:

| NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE | TELEPHONE NUMBER | JURIS NO. (If atty. or law firm) |
|---|---|---|
| Edwards & Angell, 301 Tresser Blvd, Stamford, CT 06901 | 203-975-7505 | 421274 |

NAME AND ADDRESS OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250: Elizabeth M. Mahoney, 90 State House Sq., Hartford, CT 06103

SIGNATURE OF PLAINTIFF IF PRO SE:

| # PLFS. | # DEFS. | # CNTS. | SIGNED (Official taking recognizance; "X" proper box) | | For Court Use Only |
|---|---|---|---|---|---|
| 1 | 2 | 1 | | [X] Comm. of Superior Court [ ] Assistant Clerk | FILE DATE |

IF THIS SUMMONS IS SIGNED BY A CLERK:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

2004 NOV 19 P 12:17
STAMFORD-NORWALK JUDICIAL DISTRICT
SUPERIOR COURT

| I hereby certify I have read and understand the above: | SIGNED (Pro Se Plaintiff) | DATE SIGNED | DOCKET NO. 400268 |
|---|---|---|---|

RETURN DATE: DECEMBER 21, 2004

| | | |
|---|---|---|
| **JACK H. JACOBS** | : | SUPERIOR COURT |
| Plaintiff | : | |
| | : | |
| v. | : | J.D. OF STAMFORD/NORWALK |
| | : | AT STAMFORD |
| **O&J INVESTMENTS LLC, and** | : | |
| **ANDREW T. OSINSKI** | : | |
| | : | NOVEMBER 19, 2004 |
| Defendants | : | |

## COMPLAINT FOR DISSOLUTION OF COMPANY AND FOR APPOINTMENT OF RECEIVER

**FIRST COUNT** (Judicial dissolution pursuant to Conn. Gen. Stat. §§ 34-207, 34-208)

1. Plaintiff Jack H. Jacobs ("Jacobs") is an individual who resides at 101 Oaks Road, Millington, New Jersey.

2. Defendant Andrew T. Osinski ("Osinski") is an individual who upon information and belief resides at 17 Tokeneke Trail, Darien, Connecticut 06820.

3. Defendant, O&J Investment LLC ("O&J" or the "Company"), is a limited liability company duly organized under the laws of the State of Connecticut with its principal office located at 17 Tokeneke Trail, Darien, Connecticut 06820.

4. On or about October 31, 1996, Plaintiff and Defendant Osinski executed the Operating Agreement of O&J Investments LLC ("Operating Agreement"), a copy of which is attached hereto as Exhibit A and made a part hereof.

5. O&J Investments LLC was formed for the purpose of investment, development, and management of real estate.

6. O&J presently has an ownership interest in two parcels of real estate in Darien, Connecticut, 29 Brush Island Road ("Brush Island") and 40 Old Farm Road ("Old Farm").

7. Pursuant to Section 4.1 of the Operating Agreement, Jacobs and Osinski are Managing Members of O&J.

8. Pursuant to Exhibit A of the Operating Agreement, Jacobs and Osinski each own a fifty (50%) percent interest in O&J.

9. Pursuant to Section 4.2 of the Operating Agreement, the consent of all Managing Members is required to enter into any Capital Transaction; borrow money, arrange for credit, or grant security interests in the assets of the Company to secure repayment of borrowed sums; sell or dispose of the assets of the Company; admit additional members to the Company; or make a distribution to an Interest Holder in liquidation of his Interest in the Company.

10. Pursuant to Section 4.2 of the Operating Agreement, the consent of all Managing Members is required to assess the Members for additional Capital Contributions.

11. Pursuant to Section 4.3 of the Operating Agreement, no attorney-in-fact, employee or other agent of the Company shall have the power to bind the Company in any way, to pledge its credit or render it liable for any purpose, unless authorized to do so by the Operating Agreement or by written authorization of all Managing Members.

12. Jacobs and Osinski are in dispute over management and disposition of O&J's real estate holdings, including the Old Farm and Brush Island Properties, and the direction of O&J's investments.

STM_183751_1/TKADAR

13. Jacobs and Osinski are in dispute over whether O&J's real estate holdings should be sold, to whom, and for what amount.

14. Jacobs and Osinski are in dispute over whether contributions must be made to capital accounts, amounts already contributed and/or due to O&J's capital accounts, and for what purpose these contributions should be made.

15. Although Osinski has made capital contributions to O&J, there is no provision in the Operating Agreement which requires parties to contribute money to O&J's capital accounts.

16. The Managing Members are deadlocked in a dispute over the management, disposition, and future direction of O&J's real estate holdings.

17. The Managing Members are deadlocked in a dispute over contributions to O&J's capital accounts.

18. The dispute between Jacobs and Osinski has escalated to the point that it is no longer possible for the parties to conduct business and manage O&J together.

19. The Operating Agreement does not provide a mechanism for the resolution of disputes between the Managing Members.

20. Because the Managing Members are deadlocked in the management of O&J'S affairs, it is no longer reasonably practicable to carry on the business of O&J in conformity with the Operating Agreement.

WHEREFORE, the Plaintiff claims:

1. A decree dissolving Defendant O&J;

2. An accounting of all assets and property belonging to O&J;

3. The appointment of a receiver to wind up the affairs and dissolve Defendant O&J; and

4. Such other relief as the court deems proper.

THE PLAINTIFF
JACK H. JACOBS
BY HIS ATTORNEY,

_____
Marc L. Zaken
John G. Stretton
EDWARDS & ANGELL, LLC
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
203-975-7505 tel.
203-975-7180 fax
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

RETURN DATE: DECEMBER 21, 2004

| | | |
|---|---|---|
| **JACK H. JACOBS** | : | SUPERIOR COURT |
| Plaintiff | : | |
| | : | |
| v. | : | J.D. OF STAMFORD/NORWALK |
| | : | AT STAMFORD |
| **O&J INVESTMENTS LLC, and** | : | |
| **ANDREW T. OSINSKI** | : | |
| | : | NOVEMBER 19, 2004 |
| Defendants | : | |

### STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand in the above-captioned action is in excess of fifteen thousand dollars ($15,000), exclusive of interest and costs.

PLAINTIFF<br>
JACK H. JACOBS<br>
BY HIS ATTORNEY,<br>
<br>
_____<br>
Marc L. Zaken<br>
John G. Stretton<br>
EDWARDS & ANGELL, LLC<br>
Three Stamford Plaza<br>
301 Tresser Boulevard<br>
Stamford, CT 06901<br>
203-975-7505 tel.<br>
203-975-7180 fax<br>
mzaken@EdwardsAngell.com<br>
jstretton@EdwardsAngell.com