UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK H. JACOBS<br>    Plaintiff | :<br>:<br>: |
| v. | :  CIVIL ACTION NO.<br>:  3:05CV00020 (WWE) |
| O&J INVESTMENTS LLC, and<br>ANDREW T. OSINSKI | :<br>:<br>: |
|     Defendants | :  MARCH 10, 2005 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Jack H. Jacobs hereby files notice of Plaintiff's intention to voluntarily dismiss his action against Defendants O&J Investments, LLC and Andrew T. Osinski. Plaintiff certifies that Defendants have not answered the Complaint nor has either party moved for summary judgment.

                PLAINTIFF
                JACK H. JACOBS
                BY HIS ATTORNEYS

                _____
                Marc L. Zaken, Esq. (CT 03110)
                Email: mzaken@EdwardsAngell.com
                John G. Stretton, Esq. (CT 19902)
                Email: jstretton@EdwardsAngell.com
                EDWARDS & ANGELL, LLC
                Three Stamford Plaza
                301 Tresser Boulevard
                Stamford, CT 06901
                Tel. (203) 353-6819
                Fax (203) 975-7180

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Voluntary Dismissal was mailed via first class mail, postage prepaid to counsel for the Defendants, addressed as follows:

    Scott M. Harrington
    Richard E. Castiglioni
    DISERIO MARTIN O'CONNOR
      & CASTIGLIONI LLP #102036
    One Atlantic Street
    Stamford, CT 06901

this 11th day of March, 2005.

_____
John G. Stretton, Esq.